```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 47477
  CHRISTINE M MCNICHOLAS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-4377
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/10/05 and confirmed on 04/04/06.

2. The case was dismissed after confirmation, 09/14/2007.

3. The Debtor paid a total of $ 17535.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIBANK | CURRENT MORTG | .00 | .00 | .00 |
| CITIBANK | MORTGAGE ARRE | 7754.28 | .00 | 7754.28 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 6200.00 | 855.20 | 1590.64 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 3272.91 | 1759.60 | 3272.91 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA SERVICE CORP | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 144.82 | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 10403.94 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 3617.80 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 470.01 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 9800.88 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17227.19 | .00 | 24437.45 | .00 | 41664.64 |
| PRINCIPAL PAID | 12617.83 | .00 | .00 | .00 | 12617.83 |
| INTEREST PAID | 2614.80 | .00 | .00 | .00 | 2614.80 |
| TOTAL PAID | 15232.63 | .00 | .00 | .00 | 15232.63 |

The Debtor's attorney, SCHOTTLER & ZUKOSKY           , was allowed $ 2200.00 and was paid $    500.00  direct and $   1700.00  through the plan.

The Trustee received $     602.37 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/17/07                        /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
     CASE NO. 05 B 47477 CHRISTINE M MCNICHOLAS
```